AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| Levid Rivera VELAZQUEZ (1) | ) Case No. '23 MJ1333 MSB |
| | ) Criminal Case No. 23-cr-0742-TWR |
| | ) ~~NOT FOR PUBLIC VIEW~~ |
| Defendant | ) |

Reg# 08844-506

[Stamps: RECEIVED U.S. MARSHALS-S/CA 2023 APR 12 PM 2:33; FILED APR 24 2023 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY MN DEPUTY]

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Levid Rivera VELAZQUEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 46, U.S.C., Sections 70503, 70506(b) - Conspiracy to Distribute Cocaine on Board a Vessel;
Title 46, U.S.C., Section 70506 - Possession of Cocaine with Intent to Distribute on Board a Vessel
Title 18, U.S.C., Section 2 - Aiding and Abetting

DATE: 4/14/2023
ARRESTED BY: IN COURT
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

Date: 04/12/2023

                                                                    *Issuing officer's signature*

City and state: San Diego, California    Hon. Michael S. Berg, United States Magistrate Judge
                                          *Printed name and title*

---

**Return**

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

                                                                    _____
                                                                    *Arresting officer's signature*

                                                                    _____
                                                                    *Printed name and title*