RANDY S. GROSSMAN
United States Attorney
ALLISON B. MURRAY
Special Assistant U.S. Attorney
California Bar No. 328814
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9711
Email: Allison.Murray@usdoj.gov

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEVIT RIVERA VELAZQUEZ (1)<br>IRVIN RAMOS ZIGA (2)<br>EDUARDO MARIN HERRERA (3)<br>LUIS GARCIA VERA (4)<br>JORGE ESPINAL-PARRALES (5)<br>AGUSTIN NOYOLA-RICARDEZ (6)<br>JORGE ARCENTALES CASTRO (7),<br><br>Defendants. | Case No. 23-CR-0742-TWR<br><br>**UNITED STATES' STATUS REPORT UNDER RULES 16.1 AND 16.1a** |

The UNITED STATES OF AMERICA, by and through its counsel, United States Attorney, Randy S. Grossman, and Special Assistant U.S. Attorney Allison B. Murray, hereby files a Status Report Under Rules 16.1 and 16.1a.

## I. STATEMENT OF THE CASE

The Defendants have been indicted for Conspiracy to Distribute Cocaine on Board a Vessel, Possession of Cocaine with Intent to Distribute on Board a Vessel, and Aiding and

Abetting, in violation of Title 46, United States Code, Sections 70503 and 70506(b), and Title 18 United States Code, Section 2. The Defendants have pled not guilty.

## II. STATEMENT OF FACTS

On or about April 8, 2023, a Maritime Patrol Aircraft detected a go-fast vessel on the high seas approximately 288 miles southwest of Acapulco, Mexico. The vessel was traveling at a high rate of speed with suspicious packages on deck and no indicia of nationality in a known drug trafficking area. United States Coast Guard Cutter ACTIVE, United States Coast Guard Cutter BENJAMIN BOTTOMS, and HMCS EDMONTON (operating with an embarked United States Coast Guard Law Enforcement Detachment) were patrolling nearby and diverted for intercept. ACTIVE launched its assigned helicopter and BENJAMIN BOTTOMS launched a small boat with an embarked boarding team. Once on scene with the go-fast vessel, the Coast Guard helicopter crew observed the Defendants jettison approximately 26 packages overboard. After an extended chase, where the Defendants failed to heave to and evasively maneuvered their vessel in such as a way as to prevent safe exercise of disabling fire, the vessel became dead in the water once it could be safely employed. A small boat boarding team pulled alongside the go-fast vessel and the seven defendants were identified. A verbal claim of Mexican nationality was made for the vessel and the Coast Guard enacted the US/MEXICO OPPRO. Mexico could neither confirm nor deny the nationality of the vessel. Therefore, the Coast Guard issued a Statement of No Objection and treated the vessel as without nationality ("TWON") and conducted a full law enforcement boarding.

Meanwhile, crews from the EDMONTON, BENJAMIN BOTTOMS, and ACTIVE assisted in bale recovery and approximately 755 kgs of cocaine was recovered. Subsequent DEA chemical testing confirmed its chemical composition as consistent with cocaine, a Schedule II controlled substance. Each of the Defendants were detained by the Coast Guard on April 8, 2023 and arrested upon their arrival to San Diego on April 13, 2023. They have been charged in Case No. 23-CR-0742-TWR.

//

## III. DISCOVERY STATUS

Pursuant to Rule 16.1 of the Federal Rules of Criminal Procedure and Local Rule 16.1a, the United States has conferred with each of the Defendants' counsel, or have not received a response[1], regarding the procedures and timetable for discovery. The parties who have conferred agree that the deadline for expert disclosures will be two weeks before motions in limine are due. At this time, there are no discrete discovery disputes.

To date, the United States has produced two rounds of discovery containing over 595 pages of discovery and video, including a case package prepared by the United States Coast Guard with reports and pictures; agent reports documenting post-arrest statements; DEA drug laboratory reports; and video taken by the Maritime Patrol Aircraft and U.S. Coast Guard helicopter. A warrant authorizing the search of the cellular phone found on board Defendants' vessel was granted on May 19, 2023, and the contents of the extraction will be produced as soon as possible. The United States will continue to provide additional discovery as it becomes available. No reciprocal discovery has been produced.

The United States recognizes and acknowledges its obligations pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963), the Jencks Act, and Rules 12 and 16 of the Federal Rules of Criminal Procedure. The United States will comply with its discovery obligations.

DATED: May 19, 2023

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

*/s/ Allison B. Murray*
ALLISON B. MURRAY
Special Assistant U.S. Attorney

---

[1] Defense Counsel Robert Swain is out of the office through May 24, 2023.