# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>LEVIT GABRIEL RIVERA VELAZQUEZ (1),<br>IRVIN HERMINIO RAMOS ZIGA (2),<br>EDUARDO MARIN HERRERA (3),<br>LUIS ALFREDO GARCIA VERA (4),<br>JORGE LUIS ESPINAL-PARRALES (5),<br>AGUSTIN NOYOLA-RICARDEZ (6),<br>JORGE ARCENTALES CASTRO (7),<br><br>Defendants. | Case No. 23-CR-0742-TWR<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY ORDERED that the Motion Hearing presently set for June 2, 2023 at 1:30 p.m. be continued to July 14, 2023, at 1:30 p.m.

IT IS FURTHER ORDERED that the time between June 2, 2023 and July 14, 2023 be excluded under the Speedy Trial Act for the reasons set forth in the parties' Joint Motion. The Court finds that for the reasons set forth in the Joint Motion the ends of justice outweigh the defendant's and public's right to more expeditious trial. 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

DATED: 5/23/203

HON. TODD W. ROBINSON
United States District Judge